UNITED STATES of America, Plaintiff–Appellee,

v.

Lacarlos Demond CURETON, a/k/a Loco, Defendant–Appellant.

No. 10–7224.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 18, 2011.

Decided: Jan. 26, 2011.

Lacarlos Demond Cureton, Appellant Pro Se. Jimmie Ewing, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lacarlos Demond Cureton appeals the district court's order denying his motion to compel the Government to file a Fed. R.Crim.P. 35(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Cureton*, No. 0:02–cr–01173–JFA–7 (D.S.C. Aug. 25, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*